# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DURWIN SHARP,<br>JOSEPH PONZO,<br>KATHRYN MEYERS, and<br>JOSHUA WHIPP,<br><br>        Plaintiffs,<br><br>vs.<br><br>WATTS REGULATOR CO.,<br><br>        Defendant. | 8:16CV200<br><br>ORDER |

This matter is before the court after transfer of the above captioned case to this district from the United States District Court for the District of Massachusetts. **See** Filing No. 25. Upon review,

**IT IS ORDERED**:

1. The defendant shall have to **on or before May 23, 2016**, to file an answer or otherwise respond to the plaintiffs' Amended Complaint (Filing No. 23).

2. The parties shall have to **on or before May 27, 2016**, to meet, confer, and file a planning report in accordance with Federal Rule of Civil Procedure 26(f). The parties should use the "Form 35 (Rule 26(f)) Report" posted on the court's website, www.ned.uscourts.gov/forms.

Dated this 4th day of May, 2016.

                                                    BY THE COURT:

                                                    s/ Thomas D. Thalken
                                                    United States Magistrate Judge